ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendant*
*Sheryl Foster*

```
__ FILED      __ RECEIVED
__ ENTERED    __ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JUL 2 4 2018

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

(✓ FILED)

ORDER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD R. GATES,<br><br>    Plaintiff,<br><br>vs.<br><br>R. LEGRAND et al.,<br><br>    Defendants. | Case No. 3:16-cv-00321-MMD-VPC<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Defendant Sheryl Foster by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, moves for an enlargement of time to file a Responsive Pleading. This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. LAW AND ARGUMENT

This is an inmate civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff Richard R. Gates (Plaintiff) is an inmate in the custody of the Nevada Department of Corrections (NDOC). The Court screened Plaintiff's Complaint and allowed him to proceed with three Counts pursuant to the First and Fourteenth Amendments to the U.S. Constitution. (ECF No. 7.)

On May 22, 2018, the Court entered its Order regarding Plaintiff's application to proceed in forma pauperis and setting service deadlines. (ECF No. 12.) The Court ordered that if the Attorney General's Office accepted service for any Defendants, a responsive pleading would be due within sixty-

days of the Court's Order. (*Id.*) The Attorney General's Office accepted service on behalf of Defendant Foster. (ECF No. 13.) Accordingly, a responsive pleading is due by Defendants by July 23, 2018.

Counsel for Defendant has been preparing a responsive pleading in the form of a motion for summary judgment. However, counsel needs a short extension of time to finalize the motion and the requisite declarations and exhibits. Defendants therefore respectfully request a twenty-one day extension to the responsive pleading deadline in order to afford Defendant adequate time to complete a responsive pleading.

Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Miss. Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendant seeks an enlargement of time to file a responsive pleading. Good cause exists to extend the time to file this motion. The extension of time is needed to finalize the motion for summary judgment and the attached declarations and exhibits. Defendant's counsel has had a recent increase in cases due to staff changes at the Nevada Attorney General's Office. Defendant's counsel has been preparing responsive pleadings in multiple cases as well as complying with other deadlines in cases. Defendant's counsel had a responsive pleading due on July 20, 2018, in *Almy v. Dzurenda, et al.*, Case No. 3:17-cv-00045-MMD-WGC. Counsel also has a responsive pleading due on Monday, July 23, 2018, in *Gates v. LeGrand, et al.*, Case No. 3:16-cv-00401-MMD-VPC. Defendant's counsel also has an upcoming Early Mediation Conference Statement due in *Lewis v. Gentry, et al.*, Case No. 3:17-cv-00191-MMD-WGC on Tuesday, July 24, 2018. Defendant's counsel is also responding to various miscellaneous motions in numerous other cases. Accordingly, Defendants' counsel has been attempting to comply with upcoming deadlines in other cases and attempting to finalize the responsive pleading in this case, as well as motions in cases already

1  assigned. This short extension of time is requested in order to allow counsel to adequately comply with all
2  deadlines. Plaintiff will not be prejudiced by a small enlargement of time. This request is made in good
3  faith and is not for the purposes of delay. Defendant requests an extension of twenty-one days to file a
4  responsive pleading in the form of a motion for summary judgment.

## II.  CONCLUSION

Based on the foregoing, Defendant respectfully requests this motion for enlargement of time be granted and the deadline for filing a responsive pleading be extended twenty-one (21) days, up to and including August 13, 2018.

DATED this 23rd day of July, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
JOSHUA M. HALEN
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: July 24, 2018